E-FILED 06/26/12

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KATHLEEN G. JONES, an individual; and ESTATE OF NAOMI JONES WEISSMAN,<br><br>　　　　Defendants. | CASE NO.: CV11-8501 PSG(CWx)<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF THE PARTIES FOR:**<br><br>**1. PLAINTIFF METROPOLITAN LIFE INSURANCE COMPANY'S DISMISSAL WITH PREJUDICE;**<br><br>**2. PERMANENT INJUNCTION;**<br><br>**3. METLIFE'S RECOVERY OF REASONABLE ATTORNEYS' FEES**<br><br>**4. DISTRIBUTION OF REMAINING INTERPLED FUNDS TO DEFENDANTS; AND**<br><br>**5. DISMISSAL WITH PREJUDICE** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

i:\office7\7197\350\12pleadings\04a [proposed] order on stipulated discharge.doc

# **ORDER**

Having reviewed the Parties' Joint Stipulation for Metropolitan Life Insurance Company's ("MetLife") Discharge, Permanent Injunction, Recovery of Reasonable Attorneys' Fees, Distribution Of Remaining Interpled Funds and Dismissal With Prejudice, and good cause appearing therefore, the Court hereby orders as follows:

1. That MetLife, AT&T Inc. ("AT&T") and the AT&T Basic Life Insurance Plan (the "Plan") are discharged of all liability with respect to the Plan and/or the Plan Benefits;

2. Defendants and each of them, their agents, attorneys and/or assigns, are enjoined and restrained from instituting any suit at law or equity, or action of any kind whatsoever, against MetLife, AT&T and/or the Plan with respect to the Plan or the Fifteen Thousand Dollars ($15,000) (the "Plan Benefits") that become payable to the proper beneficiary upon the death of Richard Paul Jones;

3. That MetLife be paid the sum of $5,960.67 as its reasonable attorneys' fees and costs incurred in this action, to be deducted from the $15,181.85 in funds interpled with the Court (Plan Benefits plus applicable interest), to be made payable via a check to "Metropolitan Life Insurance Company" and to be mailed forthwith to its counsel of record in this action: Barger & Wolen LLP, Attention: Robert K. Renner, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612;

   4. That the remaining Plan Benefits plus applicable interest be divided equally between the two Defendants Kathleen G. Jones and the Estate of Naomi Jones Weissman, each to receive the sum of $4,610.59.  Payment is to be made via checks to "Kathleen Jones" to be mailed forthwith to her counsel:  Law Offices Of William R. Lively, Attention:  Peter J. Glor, 23929 W. Valencia Blvd., Suite 411, Valencia, California 91355 and to "Mark Jaroslaw For The Estate of Naomi Jones Weissman" to be mailed forthwith to: Mark Jaroslaw, 4701 SW Admiral Way #278, Seattle, Washington 98116.

   5. That this case be dismissed in its entirety with prejudice.

**IT IS SO ORDERED**.

DATED:   06/25/12      **PHILIP S. GUTIERREZ**
              THE HONORABLE PHILIP S. GUTIERREZ
              UNITED STATES DISTRICT JUDGE

Submitted by:

BARGER & WOLEN LLP

By: /s/ *James A. Hazlehurst*
  ROBERT K. RENNER
  JAMES A. HAZLEHURST
  Attorneys for Plaintiff
  Metropolitan Life Insurance Company